You Are Hereby Notified - Civil

| | | |
|---|---|---|
| IVAN VALDES LOPEZ<br>VS. 2019-002315<br>OLD COLONY INSURANCE SERVICE |  | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |

THE STATE OF LOUISIANA

TO: OLD COLONY INSURANCE
SERVICE
THROUGH ITS AGENT FOR
SERVICE OF LEGAL PROCESS:
COMMISSIONER OF INSURANCE
1702 NORTH THIRD STREET
BATON ROUGE, LA 70802

YOU ARE HEREBY NOTIFIED:

YOU ARE TO COMPLY WITH THE INTERROGATORIES AND THE REQUEST FOR PRODUCTION OF DOCUMENTS WITHIN THE LEGAL TIME DELAYS.

ALL IN ACCORDANCE WITH CERTIFIED COPY ATTACHED HERETO AND MADE A PART HEREOF.

Witness the Honorable Judge of said Court, at Lake Charles, Louisiana, this 10TH day of MAY, 2019.

Issued and delivered June 6, 2019

Byron Wilkinson
Deputy Clerk of Court

---

### SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20_____

SERVICE    $_____        BY: _____
                                     Deputy Sheriff
MILEAGE    $_____

TOTAL $_____

Party No.    P001

RECEIVED
JUN 2 1 20??
Commissioner of Insurance
Legal Division


Filing Date: 06/06/2019 10:47 AM    Page Count: 1
Case Number: 2019-002315
Document Name: You are Hereby Notified - Civil


EXHIBIT
1

[ Original Copy ]
CMS0035

Page 1 of 1

| | Citation | |
|---|---|---|
| IVAN VALDES LOPEZ<br>VS. 2019-002315<br>OLD COLONY INSURANCE<br>SERVICE |  | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |

THE STATE OF LOUISIANA

TO: OLD COLONY INSURANCE SERVICE
THROUGH ITS AGENT FOR SERVICE OF LEGAL PROCESS:
COMMISSIONER OF INSURANCE
1702 NORTH THIRD STREET
BATON ROUGE, LA 70802

Parish of East Baton Rouge, Louisiana, Defendant in said suit

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of IVAN VALDES LOPEZ, ET AL (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 10th day of May 2019.

Issued and delivered June 6, 2019

_____
Byron Wilkinson
Deputy Clerk of Court

------------------------------ SERVICE INFORMATION ------------------------------

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20___

SERVICE    $_____    BY: _____
                                Deputy Sheriff
MILEAGE    $_____

TOTAL $_____

Party No.   P001

CMS646863 1
Filing Date: 06/06/2019 10:46 AM    Page Count: 1
Case Number: 2019-002315
Document Name: Citation

[ Service Copy ]
CMS0085

Page 1 of 1

| | You Are Hereby Notified - Civil | |
|---|---|---|
| IVAN VALDES LOPEZ<br>VS. 2019-002315<br>OLD COLONY INSURANCE SERVICE |  | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |

THE STATE OF LOUISIANA

TO: OLD COLONY INSURANCE
SERVICE
THROUGH ITS AGENT FOR
SERVICE OF LEGAL PROCESS:
COMMISSIONER OF INSURANCE
1702 NORTH THIRD STREET
BATON ROUGE, LA 70802

YOU ARE HEREBY NOTIFIED:

YOU ARE TO COMPLY WITH THE INTERROGATORIES AND THE REQUEST FOR PRODUCTION OF DOCUMENTS WITHIN THE LEGAL TIME DELAYS.

ALL IN ACCORDANCE WITH CERTIFIED COPY ATTACHED HERETO AND MADE A PART HEREOF.

Witness the Honorable Judge of said Court, at Lake Charles, Louisiana, this 10TH day of MAY, 2019.

Issued and delivered June 6, 2019

Byron Wilkinson
Deputy Clerk of Court

---

### SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20___

SERVICE     $_____        BY: _____
                                    Deputy Sheriff
MILEAGE     $_____

TOTAL $_____

Party No.   P001

```
C M S 6 4 6 8 6 3 4
```
Filing Date: 06/06/2019 10:47 AM    Page Count: 1
Case Number: 2019-002315
Document Name: You are Hereby Notified - Civil

[Service Copy]
CMS0035

Page 1 of 1

| | | |
|---|---|---|
| IVAN VALDES LOPEZ and<br>LENAY BIENES GARCIA, Individually,<br>and on behalf of their minor child,<br>IVANA BIENES LOPEZ | : | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 2019-2315 D | : | PARISH OF CALCASIEU |
| OLD COLONY INSURANCE SERVICE,<br>HORD TRUCKING, INC. AND<br>RAYMOND J. MOORE | : | STATE OF LOUISIANA |
| FILED: _____ MAY 1 0 2019 _____ | : | _____<br>DEPUTY CLERK OF COURT |

## PETITION FOR DAMAGES

The petition of IVAN VALDES LOPEZ and LENAY BIENES GARCIA, Individually, and on behalf of their minor child, IVANA BIENES LOPEZ, both residents of the full age of majority, residing in Iowa, Calcasieu Parish, Louisiana, respectfully represent:

1.

Made defendants herein are:

a. OLD COLONY INSURANCE SERVICE, a foreign insurance corporation, authorized to do and doing business in the State of Louisiana with the Commissioner of Insurance designated as its agent for service of legal process, 1702 North Third Street, Baton Rouge, LA 70802;

b. HORD TRUCKING, INC., a foreign corporation, who may be served at 7005 Hord Road, Flemingsburg, Kentucky, 41041, and may be served pursuant to the Long-Arm Statute, LSA-R.S. 13:3201; and,

c. RAYMOND J. MOORE, an individual who may be served at 608 Creekview Drive, Ripley, Ohio, 45167, and may be served pursuant to the Long-Arm Statute, LSA-R.S.13:3201.

2.

On or about October 16, 2018, at approximately 2:30 p.m., Petitioner, IVAN VALDES LOPEZ, with LENAY BIENES GARCIA as a guest passenger, along with their minor child, IVANA BIENES LOPEZ, were in a 2015 Toyota Camry, traveling eastbound on Interstate 10, Calcasieu Parish, Louisiana, when suddenly and without warning, a 2000 Peterbilt 379 Truck bearing Kentucky License No. A66561, owned by HORD TRUCKING, INC., and being driven by RAYMOND J. MOORE, struck the rear of the 2015 Toyota Camry, thereby causing injuries and damages as set forth below.

3.

The aforesaid accident was in no way attributable to the negligence of Petitioners, IVAN VALDES LOPEZ and LENAY BIENES GARCIA, but on the contrary, was due solely and proximately to the negligence of Defendant, RAYMOND J. MOORE, whose negligence includes, but is not limited to the following:

a. Following too closely;

b. Failing to keep a reasonable distance from traffic in front of him;

c. Failing to keep a proper lookout;

d. Failing to see what he should have seen and to do what he should have done;

e. Failing to yield to right of way traffic;

f. Failing to avoid colliding with Petitioners' vehicle;

g. Failing to exercise due care and caution under all facts and circumstances;

h. Careless operation of his vehicle; and,

i. All other acts of negligence which may be shown through discovery and at the trial of this matter.

4.

Defendant, HORD TRUCKING, INC., was negligent and is liable to the petitioner for the following reasons:

a. Failure to properly train and instruct its drivers;

b. Failure to properly maintain and repair its vehicles;

c. Failure to properly supervise its drivers;

d. Failing to obey and failing to ensure that its drivers obey laws, ordinances, and regulations regarding operation of its vehicles; and,

e. Any other acts of negligence or omissions which may be shown at the trial of this matter.

5.

As a result of the accident, Petitioner, IVAN VALDES LOPEZ, suffered injuries and damages including, but not limited to, neck pain, left shoulder pain, pain in rib area, chest contusion, back pain radiating to legs, leg pain, and headaches.

6.

As a result of the accident and injuries, Petitioner, IVAN VALDES LOPEZ, has and will continue to sustain past, present and future medical expenses, and past, present and future mental and physical pain and suffering, disability, loss of earnings, loss of future earning capacity, mental anguish, loss of enjoyment of life, and loss of consortium for his wife and daughter, said injuries entitling petitioner to such damages as are reasonable in the premises.

7.

As a result of the accident, Petitioner, LENAY BIENES GARCIA, suffered injuries and damages including, but not limited to, posterior head pain, neck pain, shoulder pain, right shoulder contusion, arm pain, and headaches.

8.

As a result of the accident and injuries, Petitioner, LENAY BIENES GARCIA, has and will continue to sustain past, present and future medical expenses, and past, present and future mental and physical pain and suffering, disability, loss of earnings, loss of future earning capacity, mental anguish, loss of enjoyment of life, and loss of consortium for her husband and daughter, said injuries entitling petitioner to such damages as are reasonable in the premises.

9.

As a result of the accident, Petitioner, IVANA BIENES LOPEZ, suffered injuries and damages including, but not limited to, fussiness, sleep issues, tongue laceration,

10.

As a result of the accident and injuries, Petitioner, IVANA BIENES LOPEZ, has and will continue to sustain past, present and future medical expenses, and past, present and future mental and physical pain and suffering, disability, mental anguish and loss of enjoyment of life, said injuries entitling petitioner to such damages as are reasonable in the premises.

11.

Petitioners, IVAN VALDES LOPEZ and IVANA BIENES LOPEZ have suffered and will continue to suffer loss of consortium, service and society as a result of the incident and injuries to wife and mother LENAY BIENES GARCIA.

12.

Petitioners, LENAY BIENES GARCIA and IVANA BIENES LOPEZ have suffered and will continue to suffer loss of consortium, service and society as a result of the incident and injuries to husband and father IVAN VALDES LOPEZ.

13.

At the time of the accident, Defendant, OLD COLONY INSURANCE SERVICE, had issued and there was in full force and effect a policy of liability insurance, in favor of HORD TRUCKING, INC., owner of the 2000 Peterbilt 379 Truck bearing Kentucky License No. A66561, under the terms of which OLD COLONY INSURANCE COMPANY had agreed to insure and indemnify defendant, RAYMOND J. MOORE, as a permissive driver of the 2000 Peterbilt 379 Truck, against any and all liability arising out of the negligent operation of the 2000 Peterbilt 379 Truck.

14.

Petitioner desires and is entitled to have the attached Interrogatories and Requests for Production of Documents be made a part hereof, and served upon the defendants simultaneously with the Petition For Damages, with each defendant ordered to produce the information and documents within the time delays provided by law.

15.

Petitioners, IVAN VALDES LOPEZ and LENAY BIENES GARCIA, Individually, and on behalf of their minor child, IVANA BIENES LOPEZ aver that at this time their damages do not exceed the jurisdictional amount necessary for a trial by jury.

WHEREFORE, petitioners, IVAN VALDES LOPEZ and LENAY BIENES GARCIA, Individually, and on behalf of their minor child, IVANA BIENES LOPEZ, pray that defendants, OLD COLONY INSURANCE SERVICE, HORD TRUCKING, INC. AND RAYMOND J. MOORE, be duly served with a copy of the foregoing petition and cited to appear and answer same, and after the lapse of all legal delays and due proceedings had, that there be judgment herein in favor of petitioners, , IVAN VALDES LOPEZ and LENAY BIENES GARCIA, Individually, and on behalf of their minor child, IVANA BIENES LOPEZ and against defendants, OLD COLONY INSURANCE SERVICE, HORD TRUCKING, INC. AND RAYMOND J. MOORE, for general and special damages as are reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings.

Petitioners further pray for such additional relief as the law, equity and nature of the case may permit.

By Their Attorneys,

BAGGETT, McCALL, BURGESS,
WATSON & GAUGHAN, L.L.C.

_____
MELISSA SHAW-BROWN (#33367)
ERIN M. ALLEY (#23214)
3006 Country Club Road
Post Office Drawer 7820
Lake Charles, Louisiana 70606-7820
Telephone: (337) 478-8888
Facsimile: (337) 479-7979
E-mail: *mshawbrown@baggettmccall.com*

**PLEASE SERVE THE FOLLOWING DEFENDANTS:**

**OLD COLONY INSURANCE SERVICE**
through its agent for service of legal process,
Commissioner of Insurance
1702 North Third Street
Baton Rouge, LA 70802;

**HORD TRUCKING, INC.**
Who may be served at:
7005 Hord Road
Flemingsburg, Kentucky, 41041,
and may be served pursuant to the
Long-Arm Statute, LSA-R.S. 13:3201;

**RAYMOND J. MOORE**
Who may be served at:
608 Creekview Drive
Ripley, Ohio, 45167,
and may be served pursuant to the
Long-Arm Statute, LSA-R.S.13:3201.

| | | |
|---|---|---|
| IVAN VALDES LOPEZ and<br>LENAY BIENES GARCIA, Individually,<br>and on behalf of their minor child,<br>IVANA BIENES LOPEZ | : | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 2019-2315 V | : | PARISH OF CALCASIEU |
| OLD COLONY INSURANCE SERVICE,<br>HORD TRUCKING, INC. AND<br>RAYMOND J. MOORE | : | STATE OF LOUISIANA |
| FILED: MAY 1 0 2019 | : | _____<br>DEPUTY CLERK OF COURT |

## REQUEST FOR WRITTEN NOTICE
## OF ASSIGNMENT AND WRITTEN NOTICE
## OF ANY ORDER OR JUDGMENT MADE OR RENDERED

TO: Honorable Lynn Jones
     Clerk, Calcasieu Parish Courthouse
     Lake Charles, Louisiana 70601

In accordance with the provisions of LSA - C.C.P. 1571 and 1572, you are hereby requested to give the undersigned, as counsel for petitioner, in the above captioned matter, written notice, by mail, ten (10) days in advance of any date fixed for trial or hearing of the case, whether on exception, rules or the merits thereof.

In accordance with the provisions of LSA - C.C.P. 1914 and 1915, you are hereby additionally requested to send us immediate notice of any order or judgment made or rendered in this case on the entry of such order or judgment.

By Their Attorneys,

BAGGETT, McCALL, BURGESS,
WATSON & GAUGHAN, L.L.C.

_____
MELISSA SHAW-BROWN (#33367)
ERIN M. ALLEY (#23214)
3006 Country Club Road
Post Office Drawer 7820
Lake Charles, Louisiana 70606-7820
Telephone: (337) 478-8888
Facsimile: (337) 479-7979
E-mail: mshawbrown@baggettmccall.com

# HORD TRUCKING, INC.

## General Information

| | |
|---|---|
| Organization Number | 0278255 |
| Name | HORD TRUCKING, INC. |
| Profit or Non-Profit | P - Profit |
| Company Type | KCO - Kentucky Corporation |
| Status | A - Active |
| Standing | G - Good |
| State | KY |
| File Date | 10/10/1990 |
| Organization Date | 10/10/1990 |
| Last Annual Report | 5/2/2019 |
| Principal Office | 7005 HORD PIKE<br>FLEMINGSBURG, KY 41041 |
| Registered Agent | JEFF HORD<br>2078 HELENA RD<br>FLEMINGSBURG, KY 41041 |
| Authorized Shares | 1000 |

## Current Officers

| | |
|---|---|
| President | Jeffrey Lee Hord |
| Vice President | Jeffrey Lee Hord |
| Secretary | Ann Hord |

## Individuals / Entities listed at time of formation

| | |
|---|---|
| Director | JEFF HORD |
| Director | ANN HORD |
| Incorporator | JEFF HORD |
| Incorporator | ANN HORD |

## Images available online

Documents filed with the Office of the Secretary of State on September 15, 2004 or thereafter are available as scanned images or PDF documents. Documents filed prior to September 15, 2004 will become available as the images are created.

| | | | | |
|---|---|---|---|---|
| Annual Report | 5/2/2019 | 1 page | PDF | |
| Annual Report | 4/20/2018 | 1 page | PDF | |
| Certificate of Withdrawal of Assumed Name | 3/14/2018 | 1 page | tiff | PDF |
| Certificate of Assumed Name | 3/14/2018 | 1 page | tiff | PDF |
| Certificate of Assumed Name | 2/20/2018 | 1 page | tiff | PDF |
| Annual Report | 4/24/2017 | 1 page | PDF | |
| Annual Report | 3/9/2016 | 1 page | PDF | |
| Annual Report | 4/1/2015 | 1 page | PDF | |
| Annual Report | 2/3/2014 | 1 page | PDF | |

**EXHIBIT 2**

| | | | | |
|---|---|---|---|---|
| Annual Report | 1/10/2013 | 1 page | PDF | |
| Annual Report | 6/25/2012 | 1 page | PDF | |
| Principal Office Address Change | 6/24/2011 11:33:55 AM | 1 page | PDF | |
| Registered Agent name/address change | 6/24/2011 11:31:15 AM | 1 page | PDF | |
| Annual Report | 6/24/2011 | 1 page | PDF | |
| Annual Report | 3/23/2010 | 1 page | PDF | |
| Annual Report | 1/21/2009 | 1 page | PDF | |
| Annual Report | 1/17/2008 | 1 page | PDF | |
| Annual Report | 1/19/2007 | 1 page | PDF | |
| Annual Report | 3/8/2006 | 1 page | tiff | PDF |
| Annual Report | 4/6/2005 | 1 page | tiff | PDF |
| Certificate of Assumed Name | 4/4/2005 | 1 page | tiff | PDF |
| Annual Report | 4/22/2003 | 1 page | tiff | PDF |
| Annual Report | 5/7/2002 | 1 page | tiff | PDF |
| Annual Report | 5/22/2001 | 1 page | tiff | PDF |
| Annual Report | 4/25/2000 | 1 page | tiff | PDF |
| Annual Report | 5/26/1999 | 1 page | tiff | PDF |
| Annual Report | 4/1/1998 | 1 page | tiff | PDF |
| Annual Report | 7/1/1997 | 1 page | tiff | PDF |
| Statement of Change | 9/23/1996 | 2 pages | tiff | PDF |
| Annual Report | 7/1/1996 | 1 page | tiff | PDF |
| Annual Report | 7/1/1995 | 1 page | tiff | PDF |
| Annual Report | 7/1/1994 | 1 page | tiff | PDF |
| Annual Report | 4/1/1993 | 1 page | tiff | PDF |
| Annual Report | 3/20/1992 | 1 page | tiff | PDF |
| Annual Report | 7/1/1991 | 1 page | tiff | PDF |
| Articles of Incorporation | 10/10/1990 | 1 page | tiff | PDF |

## Assumed Names

| | |
|---|---|
| HORD TRUCK & TRAILER SALES & SERVICE | Active |
| HORD TRUCK & TRAILER SALES & SERVICE, INC. | Inactive |
| HORD TRUCK & TRAILER SALES & SERVICE INC | Inactive |

## Activity History

| Filing | File Date | Effective Date | Org. Referenced |
|---|---|---|---|
| Annual report | 5/2/2019 1:34:26 PM | 5/2/2019 1:34:26 PM | |
| Annual report | 4/20/2018 11:49:38 AM | 4/20/2018 11:49:38 AM | |
| Added assumed name | 3/14/2018 11:15:38 AM | 3/14/2018 | HORD TRUCK & TRAILER SALES & SERVICE |
| Added assumed name | 2/20/2018 1:14:28 PM | 2/20/2018 | HORD TRUCK & TRAILER SALES & SERVICE, INC. |
| Annual report | 4/24/2017 2:00:37 PM | 4/24/2017 2:00:37 PM | |
| Annual report | 3/9/2016 1:31:37 PM | 3/9/2016 1:31:37 PM | |

| | | | |
|---|---|---|---|
| Annual report | 4/1/2015 12:45:19 PM | 4/1/2015 12:45:19 PM | |
| Annual report | 2/3/2014 4:21:58 PM | 2/3/2014 4:21:58 PM | |
| Annual report | 1/10/2013 4:01:27 PM | 1/10/2013 4:01:27 PM | |
| Annual report | 6/25/2012 1:51:11 PM | 6/25/2012 1:51:11 PM | |
| Annual report | 6/24/2011 11:36:08 AM | 6/24/2011 11:36:08 AM | |
| Principal office change | 6/24/2011 11:33:55 AM | 6/24/2011 11:33:55 AM | |
| Registered agent address change | 6/24/2011 11:31:15 AM | 6/24/2011 11:31:15 AM | |
| Annual report | 3/23/2010 12:23:29 PM | 3/23/2010 12:23:29 PM | |
| Annual report | 1/21/2009 3:26:25 PM | 1/21/2009 3:26:25 PM | |
| Annual report | 1/17/2008 2:35:52 PM | 1/17/2008 2:35:52 PM | |
| Annual report | 1/19/2007 1:58:57 PM | 1/19/2007 1:58:57 PM | |
| Annual report | 3/8/2006 12:35:50 PM | 3/8/2006 | |
| Added assumed name | 4/4/2005 4:10:37 PM | 4/4/2005 | HORD TRUCK & TRAILER SALES & SERVICE INC |
| Principal office change | 3/12/2002 11:21:51 AM | 3/12/2002 | |
| Registered agent address change | 9/23/1996 | 9/23/1996 | |

## Microfilmed Images

**Microfilm images are not available online. They can be ordered by faxing a <u>Request For Corporate Documents</u> to the Corporate Records Branch at 502-564-5687.**

| | | |
|---|---|---|
| Annual Report | 3/15/2005 | 1 page |
| Annual Report | 4/13/2004 | 1 page |
| Annual Report | 4/22/2003 | 1 page |
| Annual Report | 5/7/2002 | 1 page |
| Annual Report | 5/22/2001 | 1 page |
| Annual Report | 4/25/2000 | 1 page |
| Annual Report | 5/26/1999 | 1 page |
| Annual Report | 4/1/1998 | 1 page |
| Annual Report | 7/1/1997 | 1 page |
| Statement of Change | 9/23/1996 | 2 pages |
| Annual Report | 7/1/1996 | 1 page |
| Annual Report | 7/1/1995 | 1 page |
| Annual Report | 7/1/1994 | 1 page |
| Annual Report | 4/1/1993 | 1 page |
| Annual Report | 3/20/1992 | 1 page |
| Annual Report | 7/1/1991 | 1 page |

| Articles of Incorporation | 10/10/1990 | 1 page |

# OLD COLONY INSURANCE SERVICE, INC.



EXHIBIT 3

## General Information

| | |
|---|---|
| Organization Number | 0038671 |
| Name | OLD COLONY INSURANCE SERVICE, INC. |
| Profit or Non-Profit | P - Profit |
| Company Type | KCO - Kentucky Corporation |
| Status | A - Active |
| Standing | B - Bad |
| State | KY |
| File Date | 8/4/1964 |
| Organization Date | 8/4/1964 |
| Last Annual Report | 5/23/2018 |
| Principal Office | P. O. BOX 9000<br>LEXINGTON, KY 405339000 |
| Registered Agent | SHANNON B. ARVIN<br>1900 CAMBRIDGE DRIVE<br>LEXINGTON, KY 40504 |
| Authorized Shares | 1000 |

## Current Officers

| | |
|---|---|
| President | Lowell Nicholas Strong |
| Secretary | Deborah B. Durkin |

## Individuals / Entities listed at time of formation

| | |
|---|---|
| Incorporator | WILLIAM A CARL |
| Incorporator | BURTON L KINCHELOE |

## Images available online

Documents filed with the Office of the Secretary of State on September 15, 2004 or thereafter are available as scanned images or PDF documents. Documents filed prior to September 15, 2004 will become available as the images are created.

| | | | | |
|---|---|---|---|---|
| Annual Report | 5/23/2018 | 1 page | PDF | |
| Annual Report | 5/8/2017 | 1 page | PDF | |
| Annual Report | 3/21/2016 | 1 page | PDF | |
| Annual Report | 6/18/2015 | 1 page | PDF | |
| Annual Report Amendment | 11/18/2014 | 1 page | PDF | |
| Annual Report | 4/17/2014 | 1 page | PDF | |
| Annual Report | 6/14/2013 | 1 page | PDF | |
| Annual Report | 5/15/2012 | 1 page | PDF | |
| Annual Report | 5/17/2011 | 1 page | PDF | |
| Annual Report | 6/25/2010 | 1 page | PDF | |
| Annual Report | 6/30/2009 | 2 pages | tiff | PDF |
| Registered Agent name/address change | 7/1/2008 | 1 page | tiff | PDF |

| | | | | |
|---|---|---|---|---|
| Annual Report | 6/25/2008 | 1 page | | PDF |
| Annual Report | 6/19/2007 | 1 page | | PDF |
| Annual Report | 6/20/2006 | 1 page | tiff | PDF |
| Amendment | 2/23/2006 | 2 pages | tiff | PDF |
| Annual Report | 6/30/2005 | 1 page | tiff | PDF |
| Annual Report | 9/17/2003 | 1 page | tiff | PDF |
| Annual Report | 9/17/2003 | 1 page | tiff | PDF |
| Annual Report | 9/3/2003 | 1 page | tiff | PDF |
| Annual Report | 9/23/2002 | 1 page | tiff | PDF |
| Annual Report | 9/10/2001 | 1 page | tiff | PDF |
| Annual Report | 7/20/2000 | 1 page | tiff | PDF |
| Annual Report | 8/18/1999 | 1 page | tiff | PDF |
| Annual Report | 7/28/1998 | 1 page | tiff | PDF |
| Annual Report | 7/1/1997 | 1 page | tiff | PDF |
| Annual Report | 7/1/1997 | 1 page | tiff | PDF |
| Annual Report | 7/1/1996 | 1 page | tiff | PDF |
| Annual Report | 7/1/1995 | 1 page | tiff | PDF |
| Annual Report | 7/1/1994 | 1 page | tiff | PDF |
| Annual Report | 3/22/1993 | 1 page | tiff | PDF |
| Annual Report | 7/1/1992 | 1 page | tiff | PDF |
| Annual Report | 7/1/1991 | 1 page | tiff | PDF |
| Annual Report | 7/1/1990 | 2 pages | tiff | PDF |
| Annual Report | 7/1/1989 | 1 page | tiff | PDF |

## Assumed Names

## Activity History

| Filing | File Date | Effective Date | Org. Referenced |
|---|---|---|---|
| Annual report | 5/23/2018 3:33:35 PM | 5/23/2018 3:33:35 PM | |
| Annual report | 5/8/2017 2:00:35 PM | 5/8/2017 2:00:35 PM | |
| Annual report | 3/21/2016 3:02:32 PM | 3/21/2016 3:02:32 PM | |
| Annual report | 6/18/2015 11:18:50 AM | 6/18/2015 11:18:50 AM | |
| Amendment to annual report | 11/18/2014 11:02:39 AM | 11/18/2014 11:02:39 AM | |
| Annual report | 4/17/2014 2:36:38 PM | 4/17/2014 2:36:38 PM | |
| Annual report | 6/14/2013 3:47:45 PM | 6/14/2013 3:47:45 PM | |
| Annual report | 5/15/2012 11:56:18 AM | 5/15/2012 11:56:18 AM | |
| Annual report | 5/17/2011 3:06:53 PM | 5/17/2011 3:06:53 PM | |
| Annual report | 6/25/2010 8:56:53 AM | 6/25/2010 8:56:53 AM | |
| Annual report | 6/30/2009 3:57:56 PM | 6/30/2009 | |

7/25/2019                                  Welcome to Fasttrack Organization Search

| | | |
|---|---|---|
| Registered agent address change | 7/1/2008 1:17:16 PM | 7/1/2008 |
| Annual report | 6/25/2008 2:08:42 PM | 6/25/2008 2:08:42 PM |
| Annual report | 6/19/2007 9:35:57 AM | 6/19/2007 9:35:57 AM |
| Annual report | 6/20/2006 2:40:31 PM | 6/20/2006 |
| Amendment - Increase number of shares | 2/23/2006 3:36:57 PM | 2/23/2006 |

## Microfilmed Images

**Microfilm images are not available online. They can be ordered by faxing a <u>Request For Corporate Documents</u> to the Corporate Records Branch at 502-564-5687.**

| | | |
|---|---|---|
| Annual Report | 9/7/2004 | 1 page |
| Annual Report | 9/17/2003 | 1 page |
| Annual Report | 9/3/2003 | 1 page |
| Annual Report | 9/23/2002 | 1 page |
| Annual Report | 9/10/2001 | 1 page |
| Annual Report | 7/20/2000 | 1 page |
| Annual Report | 8/18/1999 | 1 page |
| Annual Report | 7/28/1998 | 1 page |
| Annual Report | 7/1/1997 | 1 page |
| Annual Report | 7/1/1996 | 1 page |
| Annual Report | 7/1/1995 | 1 page |
| Annual Report | 7/1/1994 | 1 page |
| Annual Report | 3/22/1993 | 1 page |
| Annual Report | 7/1/1992 | 1 page |
| Annual Report | 7/1/1991 | 1 page |
| Annual Report | 7/1/1990 | 2 pages |
| Annual Report | 7/1/1989 | 1 page |
| Statement of Change | 1/20/1977 | 1 page |
| Annual Report | 7/1/1965 | 16 pages |
| Articles of Incorporation | 8/4/1964 | 6 pages |

IVAN VALDES LOPEZ
VS. 2019-002315
OLD COLONY INSURANCE SERVICE

Citation/Long Arm



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO: HORD TRUCKING INC
7005 HORD ROAD
FLEMINGSBURG, KY 41041

PURSUANT TO LOUISIANA
LONG-ARM STATUTE

Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand in the petition of IVAN VALDES LOPEZ against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within thirty (30) days after the service hereof, under penalty of default.

**PETITION FOR DAMAGES FILED ON BEHALF OF IVAN VALDES LOPEZ, ET AL)

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 10TH day of MAY, 2019.

Issued and delivered June 6, 2019

Byron Wilkinson
Deputy Clerk of Court

---

SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20___

SERVICE $_____          BY: _____
                               Deputy Sheriff
MILEAGE $_____

CALCASIEU CLERK-COST
JUL 17 2019 AM 10:55:55

Filing Date: 07/17/2019 12:00 AM       Page Count: 1
Case Number: 2019-002315
Document Name: EXHIBITS

FILED JUL 17 2019
Kristen Lewis
Deputy Clerk of Court
Calcasieu Parish Louisiana

NDER: COMPLETE THIS SECTION
Complete items 1, 2, and 3.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery 6-27-19
address different from item 1? ☐ Yes
for delivery address below: ☐ No

HORD TRUCKING, INC.
7005 HORD ROAD
FLEMINGSBURG KY 41041

9590 9402 4668 8323 7864 69

Article Number (Transfer from service label)
18 2290 0001 6676 3798

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Page Count: 1
Page 1 of 1

EXHIBIT 4

115   63.10
      25.00

| | Citation | |
|---|---|---|
| IVAN VALDES LOPEZ<br>VS.   2019-002315<br>OLD COLONY INSURANCE<br>SERVICE |  | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |

THE STATE OF LOUISIANA

TO: OLD COLONY INSURANCE SERVICE
THROUGH ITS AGENT FOR SERVICE OF LEGAL PROCESS:
COMMISSIONER OF INSURANCE
1702 NORTH THIRD STREET
BATON ROUGE, LA 70802

FILED JUL 0 9 2019

*Lori Bruney*

Parish of East Baton Rouge, Louisiana, Defendant in said suit.

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of IVAN VALDES LOPEZ, ET AL   (PETITION FOR DAMAGES)   against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 10th day of May 2019.

Issued and delivered June 6, 2019.

Byron Wilkinson
Deputy Clerk of Court

---

SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20___.

SERVICE   $ _____   BY: _____
                            Deputy Sheriff
MILEAGE   $ _____

TOTAL $ _____

Party No.   P001

I made service at the Louisiana State Office in the parish of East Baton Rouge, by handing said copy on:

JUN 2 1 2019

Rosie Henson
Dy Mock 1691
Deputy Sheriff, Parish of East Baton Rouge, LA

@0725

SCANNED
JUL 1 2 2019

C M S 6 4 6 6 6 3 1
Filing Date: 06/06/2019 10:46 AM   Page Count: 1
Case Number: 2019-002315
Document Name: Citation

[Original Copy]
CMS0085

Page 1 of 1

EXHIBIT
5

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA – LAKE CHARLES DIVISION

| | | |
|---|---|---|
| IVAN VALDES LOPEZ and | * | |
| LENAY BIENES GARCIA, Individually, | * | |
| And on behalf of their minor child, | * | Civil Action No.: |
| IVANA BIENES LOPEZ | * | |
|     Plaintiffs, | * | |
| | * | |
| versus | * | |
| | * | District Judge: |
| OLD COLONY INSURANCE SERVICE, | * | |
| HORD TRUCKING, INC. AND | * | |
| RAYMOND J. MOORE | * | Magistrate Judge: |
|     Defendants. | * | |

*************************************************************************

## AFFIDAVIT

NOW COMES Stephanie Cooper, who is a person of full age and authority and works as a legal assistant to Mr. Saporito at Leake & Andersson, LLP. Ms. Cooper states that she conferred with the Clerk of Court on July 26, 2019. Her information is that there has been no service of process on Mr. Raymond J. Moore.

_____

SWORN TO AND SUBSCRIBED before me, notary public, on the 26th day of July, 2019.

_____
NOTARY PUBLIC

EXHIBIT 6